UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE MID CENTRAL OPERATING ENGINEERS HEALTH & WELFARE FUND, BOARD OF TRUSTEES OF THE CENTRAL PENSION FUND OF THE I.U.O.E. AND PARTICIPATING EMPLOYERS, BOARD OF TRUSTEES OF THE I.U.O.E. LOCAL 841 APPRENTICESHIP AND TRAINING TRUST AND THE BOARD OF THE 841 QUALIFIED SAVINGS PLAN, <br><br>            Plaintiffs, <br><br> v. <br><br> PERFORMANCE CONCRETE PUMPING, INC., <br><br>            Defendant. | 2:09-cv-88-WGH-RLY |

**FINAL JUDGMENT ENTRY**

Final judgment is hereby entered in favor of plaintiffs and against defendant, Performance Concrete Pumping, Inc., in the amount of Two Hundred Seventy-four Thousand Two Hundred One Dollars and Nine Cents ($274,201.09); liquidated damages in the amount of Forty-one Thousand One Hundred Thirty Dollars and Sixteen Cents ($41,130.16); interest in the amount of Ninety-eight Thousand Five Hundred Two Dollars and Eighty-four Cents ($98,502.84); and attorney's fees in the amount of Two Thousand Five Hundred Dollars ($2,500.00).

**Entered:** August 26, 2010

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

-2-

Laura Briggs, Clerk
U.S. District Court

_____
By:  Deputy Clerk


**Electronic copies to:**

John W. Richards
BUNGER & ROBERTSON
jwr@lawbr.com

Richard J. Shagley II
WRIGHT SHAGLEY & LOWERY
richards@wslfirm.com